**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W.
East Tower, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Northeast Carpenters Benefit Funds
and Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO: 2:18-CV-10878-JMV-JBC |
| NEWELL BRANDS INC., MICHAEL B. POLK, RALPH J. NICOLETTI, and JAMES L. CUNNINGHAM, III, | |
| Defendants. | |
| MATTHEW BARNETT, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO: 2:18-CV-11132-JMV-JBC |
| NEWELL BRANDS INC., MICHAEL B. POLK, RALPH J. NICOLETTI, and JAMES L. CUNNINGHAM, III, | |
| Defendants. | |

1

**2382729 v1**

# DECLARATION OF DANIEL S. SOMMERS IN SUPPORT OF MOTION OF NORTHEAST CARPENTERS BENEFIT FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND CONSOLIDATION <u>OF RELATED ACTIONS</u>

Pursuant to 28 U.S.C. § 1746, I, Daniel S. Sommers, declare as follows:

1. I am a partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), a member in good standing of the New Jersey bar and admitted to practice in this District. I submit this declaration in support of the motion filed by Northeast Carpenters Benefit Funds ("Movant") to: (1) appoint Movant as Lead Plaintiff; (2) appoint Cohen Milstein as Lead Counsel for the Class; and (3) consolidate the above-captioned related actions (the "Related Actions").

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A:   Notice of filing of a complaint to purchasers of the securities of Newell Brands Inc., dated June 21, 2018;

Exhibit B:   Certification of Movant;

Exhibit C:   Loss calculation of Movant; and

Exhibit D:   Firm resumé of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:   August 20, 2018            /s/ Daniel S. Sommers
                                    Daniel S. Sommers

2

2382729 v1