# EXHIBIT B

**CERTIFICATION OF PETE TONIA IN SUPPORT OF NORTHEAST CARPENTERS BENEFIT FUNDS' MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Northeast Carpenters Benefit Funds ("Northeast Carpenters") declares as to the claims asserted under the federal securities laws, that:

1. I, Pete Tonia, Funds Director at Northeast Carpenters, am authorized to make legal decisions on behalf of Northeast Carpenters with regard to this action.

2. Northeast Carpenters did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. Northeast Carpenters is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), Northeast Carpenters purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. Northeast Carpenters has full power and authority to bring suit to recover for its investment losses.

6. Northeast Carpenters has fully reviewed the facts and allegations of a complaint filed in this action.

7. Northeast Carpenters has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. Northeast Carpenters intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. Northeast Carpenters will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. Northeast Carpenters was not appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. Northeast Carpenters did not seek to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

12.     Northeast Carpenters will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

    Executed this 20th day of August, 2018.

                                  **Northeast Carpenters Benefit Funds**

By: _____
                  Pete Tonia
                  Funds Director

## SCHEDULE A

**Northeast Carpenters Annuity Fund**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/21/2017 | BUY | 17,469 | 48.6221 |
| 3/21/2017 | BUY | 17,531 | 48.6514 |
| 5/11/2017 | SELL | 5,100 | 53.4718 |
| 6/9/2017 | SELL | 1,100 | 53.3600 |
| 7/5/2017 | SELL | 1,200 | 53.6425 |
| 8/4/2017 | BUY | 9,500 | 51.1322 |
| 8/8/2017 | BUY | 7,200 | 50.8590 |
| 9/6/2017 | BUY | 7,200 | 46.5781 |
| 9/13/2017 | SELL | 2,600 | 43.7550 |
| 9/18/2017 | BUY | 4,400 | 43.1862 |
| 10/3/2017 | BUY | 6,000 | 42.9000 |
| 12/7/2017 | BUY | 6,886 | 31.1099 |
| 12/7/2017 | BUY | 6,914 | 31.1298 |
| 12/18/2017 | BUY | 14,100 | 30.9568 |

**Northeast Carpenters Pension Fund**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/1/2017 | SELL | 10,300 | 49.5238 |
| 3/21/2017 | BUY | 13,676 | 48.6221 |
| 3/21/2017 | BUY | 13,724 | 48.6514 |
| 5/3/2017 | SELL | 3,925 | 45.4945 |
| 5/11/2017 | SELL | 3,600 | 53.4718 |
| 8/4/2017 | BUY | 8,100 | 51.1322 |
| 8/8/2017 | BUY | 6,200 | 50.8590 |
| 9/6/2017 | BUY | 6,500 | 46.5781 |
| 9/18/2017 | BUY | 4,100 | 43.1862 |
| 10/3/2017 | BUY | 4,800 | 42.9000 |
| 11/2/2017 | BUY | 8,500 | 32.0058 |
| 12/7/2017 | BUY | 2,844 | 31.1099 |
| 12/7/2017 | BUY | 2,856 | 31.1298 |
| 12/18/2017 | BUY | 13,100 | 30.9568 |

**Northeast Carpenters Health & Welfare Fund**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/21/2017 | BUY | 3,993 | 48.6221 |
| 3/21/2017 | BUY | 4,007 | 48.6514 |
| 5/11/2017 | SELL | 1,000 | 53.4718 |
| 5/24/2017 | SELL | 2,100 | 52.8101 |
| 8/4/2017 | BUY | 1,000 | 51.6800 |
| 8/4/2017 | BUY | 1,700 | 51.1322 |
| 8/7/2017 | BUY | 900 | 51.1600 |
| 8/8/2017 | BUY | 1,700 | 50.8590 |
| 8/22/2017 | BUY | 700 | 48.6657 |
| 9/6/2017 | BUY | 1,100 | 46.5781 |
| 9/18/2017 | BUY | 1,100 | 43.1862 |
| 10/3/2017 | BUY | 1,300 | 42.9000 |
| 11/2/2017 | BUY | 2,200 | 32.0058 |
| 12/7/2017 | BUY | 798 | 31.1099 |
| 12/7/2017 | BUY | 802 | 31.1298 |
| 12/18/2017 | BUY | 3,500 | 30.9568 |