UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE NEWELL BRANDS, INC.
SECURITIES LITIGATION

Civil Action No. 18-10878 (JMV)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 10th day of December, 2019,

**ORDERED** that Defendants' motion to dismiss Plaintiff's First Amended Consolidated Complaint, D.E. 32, is **GRANTED** and Plaintiff's First Amended Consolidated Complaint, D.E. 28, is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days to file an amended complaint, which cures the deficiencies noted in the accompanying Opinion. If Plaintiff does not do so, this matter will be dismissed with prejudice.

John Michael Vazquez, U.S.D.J.