

# BARRACK | RODOS | BACINE
*A Professional Corporation*
ATTORNEYS AT LAW

Robert A. Hoffman
rhoffman@barrack.com

January 9, 2020

*Via ECF*

The Honorable John Michael Vazquez
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 03
Newark, NJ 07101

      Re:    *In re Newell Brands Inc. Securities Litigation*
             **Civil Action No. 18-10878-JMV-JBC**

Dear Judge Vazquez:

On behalf of Plaintiff, I write in reference to the Court's December 10, 2019 Order granting Defendants' Motion to Dismiss Plaintiff's Consolidated Complaint for Violations of the Federal Securities Laws (Dkt. No. 43). The Court's dismissal was without prejudice and provided Plaintiff with thirty (30) days to file an amended complaint.

This will inform the Court that Plaintiff has elected not to file an amended complaint. We trust that the Court will enter in due course a final order of dismissal that would constitute an appealable order.

                                    Respectfully,

                                    Robert A. Hoffman

cc: All Counsel of Record (via ECF)