UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEWELL BRANDS, INC.<br>SECURITIES LITIGATION | Civil Action No. 18-10878 (JMV)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On December 10, 2019, this Court dismissed Plaintiff's First Amended Consolidated Complaint, D.E. 32, without prejudice. D.E. 42, 43. The Court provided Plaintiff with leave to file an amended pleading but stated that if Plaintiff failed to file an amended pleading within thirty days, the matter would be dismissed with prejudice; *id.*; and it further

**APPEARING** that to date, Plaintiff has not filed an amended pleading; and it further

**APPEARING** that on January 9, 2020, Plaintiff notified the Court by letter on the docket, D.E. 45, that it has elected not to file an amended complaint;

Therefore, for the foregoing reasons and for good cause shown,

IT IS on this 10th day of January, 2020,

**ORDERED** that Plaintiff's First Amended Consolidated Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.
