UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1292

_____

In re: NEWELL BRANDS, INC. SECURITIES LITIGATION

HAMPSHIRE COUNTY COUNCIL AS ADMINISTERING AUTHORITY
OF THE HAMPSHIRE COUNTY COUNCIL PENSION FUND,
Appellant

v.

NEWELL BRANDS INC; MICHAEL B. POLK;
RALPH J. NICOLETTI; JAMES L. CUNNINGHAM, III

_____

On Appeal from the United States District Court for the
District of New Jersey
(District Court No.: 2-18-cv-10878)
Judge: Honorable John M. Vazquez

_____

Submitted under Third Circuit L.A.R. 34.1(a)
September 25, 2020

Before:  McKEE, JORDAN and RENDELL, *Circuit Judges*.

## **JUDGMENT**

This case came to be considered on the record from the United States District

Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR

34.1(a) on September 25, 2020.

On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered January 10, 2020, be and the same is hereby **AFFIRMED**.

Costs taxed against Appellant.

All of the above in accordance with the Opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated: December 1, 2020